

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

| | |
|---|---|
| Appellate case: | *Maxine Adams and Cecil Adams v. Rebecca Ross* |
| Appellate case number: | 01-11-00098-CV |
| Trial court case number: | 980, 231 |
| Trial court: | County Court at Law No. 1 of Harris County, Texas |

-and-

| | |
|---|---|
| Appellate case: | *Maxine Adams and Cecil Adams v. Rebecca Ross* |
| Appellate case number: | 01-11-00552-CV |
| Trial court case number: | 2010-12207 |
| Trial court: | 269th District Court of Harris County, Texas |

It is **ORDERED** that Appellants' objections to mediation in the above-referenced appeals are denied. The above-referenced appeals shall proceed to mediation as provided in the November 2, 2012 "Memorandum Order of Referral to Mediation."

Judge's signature: /s/ Harvey Brown
        ☑ Acting individually     ☐ Acting for the Court

Panel consists of_____

Date: November 12, 2012